■ HONEY MANN v. COMPANIA PETROLERA TRANS-CUBA, S. A.— Motion for a stay denied in all respects. ·Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ AUGUSTINE FELIZ v. AMERICAN ELECTRIC AND MOTOR COMPANY.— Motion for leave to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten or 19 mimeographed copies of appellant's points together with the original record with this court on or before May 8, 1962, with notice of argument for the June 1962 Term of this court, said appeal to be argued or submitted when reached. Respondent's points are to be served and filed on or before May 23, 1962. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ SANFORD M. TREAT v. CONTINENTAL VENDING MACHINE CORP.— Motion for leave to dispense with printing granted insofar as to dispense with the printing in the record on appeal of all exhibits, except Exhibits 4, 7, F, G and H. Six photocopies of each exhibit shall be filed with this court on or before September 5, 1962. The appeal is to be perfected for argument or submission at the September 1962 Term of this court. Exhibits 4, 7, F, G and H shall be handed up on the argument or submission of the appeal at the request of either party. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ DANIEL P. FRENCH et al., v. LOUIS CAPUTO, as President, et al.— Motion for a stay denied, with $10 costs. Concur — Valente, J. P., Stevens, Eager, Steuer and Bergan, JJ.

■ ·SETH GRANT, SR., v. THEODORE MORRIS.— Application granted. The stay contained in the order to show cause, dated April 16, 1962, is continued on the conditions contained therein. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.

■ ANNA MARONET v. 1010 ROGERS, INC.— Motion for a stay granted on condition that the appellant posts an undertaking in the amount of $5,000 to secure the judgment within 10 days after entry of the order herein, and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. That branch of the motion seeking leave to dispense with the printing of the record on appeal and appellant's points is granted and the appeal is permitted to be heard upon three printed copies of the case on appeal used in the Appellate Term plus six typewritten copies of the additional papers required on appeal to this court and upon typewritten appellant's points upon condition that one typewritten copy of the additional papers required on appeal to this court and one typewritten copy of the appellant's points are served upon the attorney for the respondent and six typewritten copies of the additional papers and of the appellant's points are filed with this court together with three copies of the printed record on appeal used in the Appellate Term. That branch of the motion seeking leave to incorporate in the record on appeal all papers used in connection with the motions for reargument and reconsideration is denied. Respondent may dispense with the printing of her respondent's points on condition that she serves one typewritten copy of her respondent's points upon the attorney for appellant and files six typewritten copies of her respondent's points with this court on or before August 29, 1962. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.